AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

MICHAEL GEIGER,

    Plaintiff,   JUDGMENT IN A CIVIL CASE

V.

    CASE NUMBER: **3:10-cv-00119-LRH-VPC**

MIKE HALEY, et al.,

    Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is DISMISSED with prejudice for failure to state a claim.

  July 15, 2010    **LANCE S. WILSON**
                        Clerk

                        /s/ Katie Lynn Ogden
                        Deputy Clerk